UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NELLIE D. GADSON,

                                                                                          JUDGMENT
              Plaintiff,                                   19-CV-4799 (AMD) (LB)

            v.

KINGS SUPREME COURT,
AMOS FINANCIAL LLC,
WARNER & SCHEUERMAN,
TROYDEN C. SARGEANT,

            Defendants.
-----------------------------------------------------------------X

        A Memorandum and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on September 11, 2019, dismissing all of the plaintiff's Section 1983 claims pursuant to 28 U.S.C. Section 1915(e)(2)(B)(ii) and (iii); dismissing any state law claims without prejudice to bring them in state court; granting leave to file an amended complaint within 30 days of the date of this order; certifying pursuant to 28 U.S.C. Section 1915(a)(3) that any appeal would not be taken in good faith; denying *in forma pauperis* status for the purpose of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); and an Order having been filed on October 16, 2019, dismissing this case; it is

        ORDERED and ADJUDGED that all of the plaintiff's Section 1983 claims are dismissed pursuant to 28 U.S.C. Section 1915(e)(2)(B)(ii) and (iii); that any state law claims are dismissed without prejudice to bring them in state court; that this case is dismissed; that pursuant to 28 U.S.C. Section 1915(a)(3), any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, New York  
October 16, 2019

Douglas C. Palmer  
Clerk of Court

By: */s/Jalitza Poveda*  
Deputy Clerk